# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BYRON RILEY

NO. 2019 KW 1372

DEC 0 6 2019

In Re:   Byron Riley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-96-0704.

BEFORE:   **McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

  **WRIT DENIED.** See **State v. Garrick**, 2003-0137, p. 5 (La. 4/14/04), 870 So.2d 990, 993 (*per curiam*).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT